## Grace Pursifull Van Camp v. W. Elmer Hupp et al.

October 3, 1947.

Sidney B. Neal, Judge.

Thomas E. Sandidge for appellant.

Fowler & Holbrook, O. L. Fowler and R. Miller Holland for appellee.

OPINION OF THE COURT BY CLAY, COMMISSIONER—
Affirming.

This is a companion case to Van Camp v. Evans et al., 306 Ky. 59, 206 S. W. 2d No. 1, and involves the same issue. For the reasons stated in that opinion the judgment is affirmed.